PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.       )<br>)<br>**RUDY DUARTE** )<br>) | Docket No:   0972 2:08CR00525-001 |

On October 9, 2009, the above-named was placed on Supervised Release for a period of 36 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER
United States Probation Officer**

Dated:     December 9, 2013
               Roseville, California
               JAF:aph

               /s/ Michael A. Sipe
**REVIEWED BY:     MICHAEL A. SIPE
               Supervising United States Probation Officer**

1

**Re:　DUARTE, Rudy**
　　　**Docket No:　0972 2:08CR00525-001**
　　　<u>**Report and Order Terminating Supervised Release**</u>
　　　<u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Rudy Duarte be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| December 9, 2013 | /s/John A. Mendez for |
| **Date** | **HONORABLE WILLIAM B. SHUBB**<br>　　**United States District Judge** |

Attachment:　Recommendation

cc:　First AUSA – Phillip A. Talbert